Certiorari dismissed, November 26, 2012

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-6309
_____

ADRIAN MARION SMITH,

             Plaintiff - Appellant,

        v.

ERIC H. HOLDER, JR., Attorney General of the United States
of America; STATE OF GEORGIA CIRCUIT JUDGE ANNIS; BILL
BYARS, State of South Carolina SCDC Director,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Margaret B. Seymour, Chief
District Judge.  (3:11-cv-00748-MBS)

_____

Submitted:  May 24, 2012              Decided:  May 31, 2012

_____

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Adrian Marion Smith, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adrian Marion Smith appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Smith v. Holder, No. 3:11-cv-00748-MBS (D.S.C. filed Jan. 26, 2012; entered Jan. 27, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                    AFFIRMED

2